# CASE ANNOUNCEMENTS

*March 25, 2010*

[Cite as *03/25/2010 Case Announcements #4*, 2010-Ohio-1231.]

## MOTION AND PROCEDURAL RULINGS

2010–0499.   [State ex rel.] **Zukowski v. Brunner.**
This cause originated in this court on the filing of a complaint for an unspecified writ involving an expedited election matter. Upon consideration of relator's urgent motion for hearing,
  It is ordered by the court that the motion is denied.